WILLIAM L. YOUNGMAN, Respondent, v. THE NORTH
ELECTRIC COMPANY, Appellant.

*Youngman* v. *North Electric Co.*, 160 App. Div. 758, reversed.
(Argued April 18, 1916; decided May 2, 1916.)

APPEAL from a judgment, entered March 30, 1914,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of defendant entered upon a verdict and
directing a judgment in favor of plaintiff in an action to
recover commissions. The complaint alleged that the
defendant had entered into a contract with plaintiff's
assignor whereby he was to take up and bring about
negotiations between the defendant and the American
Telephone and Telegraph Company, or any of its asso-
ciated companies, or any parties in the interest of said
American Telephone and Telegraph Company appertain-
ing to and to effect the sale by the defendant of its so-called
auto-manual telephone apparatus, and that upon a sale
growing out of his negotiations he was to receive a cer-
tain percentage of the price received; that thereafter a
sale was brought about and effected as a result of his
services. The answer contains a denial that the sale was
brought about or effected as the result of the services or
negotiations of plaintiff's assignor in accordance with the
contract, and sets forth a denial as to all the facts in the
complaint not expressly admitted. It then alleges that said
assignor abandoned the negotiations; that he was wholly
unable to effect a sale under his contract, and that sub-
sequently the contract was canceled and terminated by
mutual agreement. It is then alleged that thereafter the
defendant employed another agent to effect a sale to the
Western Electric Company and that solely as the result of
the efforts of this agent a license was granted to the West-
ern Electric Company to make, use and sell the apparatus.

*Louis L. Babcock* and *Robert S. Stevens* for appellant.

*Howard Taylor* and *Avery F. Cushman* for respondent.

Judgment reversed, with costs to the appellant, on the opinion of HOTCHKISS, J., in the Appellate Division, and the case remitted to that court for its consideration of the facts.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.; WILLARD BARTLETT, Ch. J., concurs in result.